```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
```

ANGEL CREMADELLY,               :
                                :    Civil Action No. 08-5627 (NLH)
          Plaintiff,            :
                                :
     v.                         :         **O R D E R**
                                :          (CLOSED)
ACPD OFC. PAUL A.               :
ARISTIZABAL, et al.,            :
                                :
          Defendants.           :

    The Court having considered Plaintiff's application to proceed in forma pauperis and file the complaint without prepayment of fees, pursuant to 28 U.S.C. § 1915; and the Court having screened the complaint and amended complaint to determine whether dismissal is warranted, pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A;

    It is on this 29th day of July, 2009,

    ORDERED that Plaintiff may proceed in forma pauperis without prepayment of the $350.00 filing fee, pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

    ORDERED that the Clerk of the Court is directed to file the complaint in the above-captioned action; and it is further

    ORDERED that the Clerk of the Court shall serve a copy of this order by regular mail on the Attorney General for the State of New Jersey and on the warden of the Atlantic County Justice Facility; and it is further

ORDERED that Plaintiff is assessed a filing fee of $350.00 and shall pay the entire filing fee in the manner set forth in this order, pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation; and it is further

ORDERED that in each month that the amount in Plaintiff's account exceeds $10.00, until the $350.00 filing fee is paid, the agency having custody of the Plaintiff shall assess, deduct from Plaintiff's account, and forward to the Clerk of the Court payment equal to 20% of the preceding month's income credited to Plaintiff's account, pursuant to 28 U.S.C. § 1915(b)(2), and each payment shall reference the civil docket number of this action; and it is further

ORDERED that Plaintiff's complaint is hereby DISMISSED, without prejudice; and it is further

ORDERED that the Clerk of the Court shall close this case; and it is finally

ORDERED that, within 45 days from the date this Order is entered, Plaintiff may move to reopen his case, attaching to any such motion a proposed amended complaint which addresses the deficiencies of the complaint as stated in the Opinion accompanying this Order.

/s/ NOEL L. HILLMAN
NOEL L. HILLMAN
United States District Judge

At Camden, New Jersey